UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 27417
    JOYCE M BENSON
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-7383

--------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/11/05 and confirmed on 09/02/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  14685.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
CREDITOR NAME           CLASS       CLAIM AMOUNT      INTEREST    PRINCIPAL
                                                        PAID         PAID
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED | 6250.00 | 760.28 | 6250.00 |
| NATIONWIDE ACCEPTANCE | SECURED | 100.00 | 9.68 | 100.00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 336.23 | .00 | 89.94 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | 1500.00 | .00 | 401.23 |
| ELGIN MENTAL HEALTH CENT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3065.98 | .00 | 820.10 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 541.41 | .00 | 144.82 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 467.35 | .00 | 125.01 |
| TARGET NATIONAL BANK | UNSECURED | 296.32 | .00 | 79.26 |
| TRIAD FINANCIAL CORP | UNSECURED | 1782.71 | .00 | 476.85 |
| AMERICREDIT FINANCIAL | UNSECURED | 4001.23 | .00 | 1070.26 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 2214.59 | .00 | 592.37 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 217.49 | .00 | 58.17 |
| CAPITAL ONE BANK | UNSECURED | 382.67 | .00 | 102.36 |

        Summary of disbursements:
--------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6350.00 | .00 | 14805.98 | .00 | 21155.98 |
| PRINCIPAL PAID | 6350.00 | .00 | 3960.37 | .00 | 10310.37 |
| INTEREST PAID | 769.96 | .00 | .00 | .00 | 769.96 |
| TOTAL PAID | 7119.96 | .00 | 3960.37 | .00 | 11080.33 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $  2700.00 .

The Trustee received $    619.67 .

Refunds to the Debtor totaled $    285.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/09/09                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE


                          PAGE   2
        CASE NO. 05 B 27417 JOYCE M BENSON